No. 76–514. BELL, DBA CRESCENDO PUBLISHING CO. *v.* COMBINED REGISTRY CO. C. A. 7th Cir. Certiorari denied.

No. 76–516. SALVUCCI *v.* NEW YORK RACING ASSN., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 76–524. ARMS ET UX. *v.* WATSON, TRUSTEE, ET AL. Sup. Ct. Minn. Certiorari denied.

No. 76–532. MACLAREN ET AL. *v.* B–I–W GROUP, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 76–536. PATTISON *v.* SPRATLAN. Ct. Civ. App. Tex., 12th Sup. Jud. Dist. Certiorari denied.

No. 76–538. LEITCH *v.* OREGON DEPARTMENT OF REVENUE ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–540. CITY OF CHICAGO ET AL. *v.* DIXIE DAIRY CO. C. A. 7th Cir. Certiorari denied.

No. 76–543. RECORD CLUB OF AMERICA, INC. *v.* COLUMBIA BROADCASTING SYSTEM, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 76–547. SIMMONS *v.* COUNCIL BLUFFS SAVINGS BANK, EXECUTOR. Sup. Ct. Iowa. Certiorari denied.

No. 76–574. CAROLINA POWER & LIGHT CO. ET AL. *v.* MOORE. C. A. 4th Cir. Certiorari denied.